UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND COURNOYER,<br><br>Plaintiff,<br><br>vs.<br><br>WESTON FISCHER, ELI KUHLMAN, UNDETERMINED NUMBER OF JOHN DOES,<br><br>Defendants. | 4:18-CV-04114-RAL<br><br>JUDGMENT |

For the reasons explained in the Opinion and Order Granting Motions for Summary Judgment, it is hereby

ORDERED, ADJUDGED, AND DECREED that under Rule 56 of the Federal Rules of Civil Procedure, summary judgment hereby enters for Defendants on all causes of action in Plaintiff's complaint.

DATED this 29th day of July, 2019.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE

1